UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim No. 11-10019-DPW |
| | ) | |
| MARWAN CHEBLI, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO TRANSFER DEFENDANT PURSUANT TO RULE 20**

The United States of America, by and through the undersigned Assistant U.S. Attorney, and defendant, through undersigned counsel, hereby jointly move the Court to order the U.S. Marshals Service (hereinafter "USMS"), to transport defendant Marwan Chebli, who is presently detained in USMS custody, to the District of Columbia pursuant to the Consent to Transfer Case Under Rule 20 that is attached hereto. The parties also respectfully request, pursuant to Fed. R. Crim. P. 20(b), that the clerk send a certified copy of the file in this case to the transferee district, the District of Columbia.


                                         Respectfully submitted,

MARWAN CHEBLI                        CARMEN M. ORTIZ
Defendant,                           United States Attorney

*Elizabeth Lunt*                 By: */s/ Zachary R. Hafer*
Elizabeth Lunt, Esq.                 Zachary R. Hafer
Counsel for Defendant                Assistant U.S. Attorney

Dated:    May 27, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney